

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00686-CV

**IN RE** Shawn **MCMANUS**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: October 23, 2024

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED

On October 8, 2024, relator filed a petition for writ of habeas corpus. On October 11, 2024, relator filed a motion to dismiss his petition for writ of habeas corpus because the trial court signed an order resolving the issue raised in the petition. We grant the motion and dismiss the petition for writ of habeas corpus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-18559, styled *In the Interest of C.R.M. and E.C.M., Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.